JS-6

# NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GARY SCHERER,                                    ) Case No.: 2:19-CV-01912-JFW-MAA
                                                 )
                    Plaintiff,                   ) **ORDER OF DISMISSAL**
                                                 )
v.                                               )
                                                 )
                                                 )
PATRICIA A. SMEE, in individual and             )
representative capacity as trustee of           )
The Smee Trust UTA 2/16/84;                     )
ONE STOP RESTAURANT EQUIPMENT,                  )
INC., a California Corporation; and Does 1-10,  )
                                                 )
                    Defendants,                  )

## <u>ORDER</u>

     In the Notice of Settlement filed on June 4, 2019, Dkt. No. 22, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 19, 2019. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 19, 2019. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

     **IT IS SO ORDERED.**

Dated: June 5, 2019                              _____

                                                 HONORABLE JOHN F. WALTER
                                                 United States District Judge